## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Crim. No. 13-00054-01-CR-W-DW |
| | ) | |
| v. | ) | |
| | ) | |
| KYLE KESSLER, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is Magistrate Judge John T. Maughmer's Report and Recommendation (Doc. 30), which recommends that the Defendant Kyle Kessler's (the "Defendant") Motion to Suppress Evidence With Suggestions (Doc. 23), be granted. The Government has not filed any objections to the Report and Recommendation. After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 30). Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and GRANTS the Defendant's Motion to Suppress Evidence With Suggestions (Doc. 23).

IT IS SO ORDERED.


Date: November 21, 2013                                 /s/ Dean Whipple
                                                                    Dean Whipple
                                                        United States District Judge